UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MIGUEL VILLANUEVA, also known as
MIGUEL FONTANEZ,

                Plaintiff,

    vs                                              9:08-CV-1139

V. BALDWIN, Nurse Administrator; and
JON MILLER, M.D., Facility Health Service
Director, both of Coxsackie Correctional Facility,

                Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

MIGUEL VILLANUEVA
3490909163
aka Fontanez
AMKC
18-18 Hazen Street
East Elmhurst, NY 11370

HON. ANDREW M. CUOMO                JUSTIN C. LEVIN, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Miguel Villanueva, aka Miguel Fontanez, commenced this civil rights action in October 2008, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated February 4, 2010, the Honorable David R. Homer, United States Magistrate Judge, recommended that

defendants' motion for summary judgment be granted and that judgment be granted to both defendants on all claims. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants'; motion for summary judgment (Docket No. 22) is GRANTED;

2. Judgment is GRANTED to both defendants on all claims; and

3. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: March 11, 2010
         Utica, New York.

United States District Judge